BENJAMIN B. WAGNER
United States Attorney
MICHELLE RODRIGUEZ
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

FILED
OCT 19 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>         Plaintiff,<br>  v.<br>ALBERT PASCIUTI,<br>         Defendant. | MAG. NO.  05-0103-kjm<br><br>MOTION TO DISMISS<br>AND (proposed) ORDER |

**MOTION**

HEREBY, the United States moves that this Court enter an order, pursuant to Fed. R. Crim. Pro. 48(a), to dismiss without prejudice the Complaint against ALBERT PASCIUTI.

DATED: October 19, 2010

BENJAMIN B. WAGNER
United States Attorney
/s/ Michelle Rodriguez
By _____
MICHELLE RODRIGUEZ
Assistant U.S. Attorney

**ORDER**

The United States' motion to dismiss without prejudice the Complaint in MAG No. 05-0103-kjm against defendant ALBERT PASCIUTI is GRANTED.

DATED: 10/19/10

_____
HON. DALE A. DROZD
U.S. Magistrate Court Judge